# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| SYLVIA HERNANDEZ, | 1: 13-cv-00694-BAM |
| Plaintiff, | |
| v. | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 13, 2013, plaintiff Sylvia Hernandez ("Plaintiff") filed an application to proceed in forma pauperis. Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

Dated:   **May 14, 2013**            **/s/ Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE

1