BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SYLVIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-cv-00694-BAM<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  The undersigned counsel for Defendant has diligently attempted to complete Defendant's responsive brief in a timely matter.  However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high volume of other disability matters in federal district court, an oral argument before the Ninth Circuit Court of

Appeals, other general civil litigation in federal district court, and several federal employment matters currently in litigation.

      The current due date is January 27, 2014.  The new due date will be February 26, 2014.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

      Respectfully submitted,

Dated: January 27, 2014        /s/ *Cyrus Safa*
(By email authorization on January 27, 2014)
CYRUS SAFA
Attorney for Plaintiff

Dated: January 27, 2014        BENJAMIN B. WAGNER
United States Attorney

By:    /s/ *Susan L. Smith*
SUSAN L. SMITH
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

      The Stipulation of the parties (Doc. 15) is APPROVED.  Defendant shall file its responsive brief on or before February 26, 2014.  The Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

    Dated: **January 28, 2014**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE