BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| SYLVIA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-cv-00694<br><br>**JOINT MOTION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

      The parties hereby move through their respective counsel of record that Defendant shall have an extension of time of 14 days to respond to Plaintiff's opening brief. The undersigned counsel for Defendant has Defendant requests this extension of time due to counsel's illness which caused counsel to unexpectedly be absent from the office. Defendant also requests this extension due to counsel's workload, which includes thirteen briefs due in litigation in federal district court this month.

Defendant's answering brief was due on February 26, 2014. The new due date will be March 12, 2014. Counsel for the defense apologizes for the delay which was inadvertent and will request no further extensions in this matter.

The parties further move that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 3, 2014        /s/ *Cyrus Safa*
                            (By e-mail authorization on March 3, 2014)
                            CYRUS SAFA
                            Attorney for Plaintiff

Dated: March 3, 2014        BENJAMIN B. WAGNER
                            United States Attorney

                     By:    /s/ *Susan L. Smith*
                            SUSAN L. SMITH
                            Special Assistant United States Attorney
                            Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including March 12, 2014, in which to file its Response Brief. All other deadlines set forth in the May 15, 2013 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **March 3, 2014**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE